**CAUSE NO. 2012-64035**

| | | |
|---|---|---|
| B. MAHLER INTERESTS, L.P.,<br>PLAINTIFF | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | HARRIS COUNTY, TEXAS |
| DMAC CONSTRUCTION, INC.<br>DEFENDANT. | §<br>§<br>§ | 152ND JUDICIAL DISTRICT |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 10:35:16 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

**B. MAHLER INTERESTS, L.P.,** ("Appellant") files this its Notice of Appeal giving notice of his desire to appeal this Court's final summary judgment dated October 17, 2014 entitled **FINAL SUMMARY JUDGMENT** to either the First or the Fourteenth Court of Appeals.

Respectfully submitted,

CHRISTOPHER D. NUNNALLEE
TSB 24025568
1413 Brittmoore Road, Suite 103
Houston, Texas 77043-4005
Telephone: 713-787-5333
Facsimile: 713-787-5334

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th of January, 2015, the above Notice of Appeal was served as indicated to the following counsel of record in accordance with Rule 21a of the Texas Rules of Civil Procedure:

**JAMES A. SCHUELKE**
State Bar No. 24075037
1100 Louisiana Street, Suite 3500
Houston, Texas 77002
Telephone: 713-485-7200
ATTORNEY FOR DEFENDANT,
**DMAC CONSTRUCTION, INC.**

*VIA FACSIMILE TO 713-485-7250*

CHRISTOPHER D. NUNNALLEE